**IT IS SO ORDERED.**

Dated: 14 January, 2010 11:28 AM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

BK0906555
KF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| IN RE: | Case No. 09-20119 |
|---|---|
| Linda J. Wright | Chapter 7 |
| Debtor | Judge Baxter |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (3216 WALTON AVENUE, CLEVELAND, OH 44113)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by US Bank, National Association successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the

hearing date of the Motion.  No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 3216 Walton Avenue, Cleveland, OH 44113.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/ Steven H Patterson, Case Attorney
Ohio Supreme Court #0073452
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3373
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Steven H Patterson, Esq.
Ohio Supreme Court #0073452
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE

Tiffani L. Rosia, Esq. - Attorney for Debtors
614 W. Superior Ave. #950
Cleveland, OH 44113
tyeary@ohiolegalclinic.com
VIA ELECTRONIC SERVICE

Waldemar J. Wojcik - Trustee
526 Superior Avenue
Leader Building #1030
Cleveland, OH 44114
wwojcik@epitrustee.com
VIA ELECTRONIC SERVICE

Linda J. Wright - Debtor
PO Box 93171
Cleveland, OH 44101
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

3
09-20119-rb    Doc 12    FILED 01/14/10    ENTERED 01/14/10 12:12:28    Page 3 of 3